■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES GRIGGS, Appellant. [762 NYS2d 246] —Appeals from judgments, Supreme Court, Bronx County (Gerald Sheindlin, J., at plea; Alexander Hunter, J., at sentence, under indictment no. 2926/96; and Alexander Hunter, J., under indictment no. 2132/97), both rendered November 10, 1999, unanimously dismissed, and the matters remanded to the Supreme Court, Bronx County, for proceedings to vacate the judgments of conviction and to dismiss the indictments (*see People v Matteson,* 75 NY2d 745 [1989]; *People v Mintz,* 20 NY2d 753, 770 [1967]). Motion seeking abatement of the appeals by reason of

* Deceased June 1, 2003.

appellant's death, and for the above related relief, granted. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Sullivan, Friedman and Gonzalez, JJ.